IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

------------------------------X

| | |
|---|---|
| JAMES HARPER<br><br>               Plaintiff,<br><br>v.<br><br>CHARLES P. RETTIG,<br>IN HIS OFFICIAL CAPACITY AS<br>COMMISSIONER<br>INTERNAL REVENUE SERVICE, et al.<br><br>               Defendants. | CIVIL ACTION NO.: 1:20-cv-00771 |

------------------------------X

## **AFFIDAVIT OF MARK G. ANDERSON OF UPHOLD HQ INC.**

STATE OF NEW YORK    )
                                ) ss.:
COUNTY OF NEW YORK  )

Mark G. Anderson, being duly sworn, deposes and says under penalty of perjury:

1.     I am Secretary and Head of Legal and Regulatory Affairs for Uphold HQ Inc. ("Uphold"), a South Carolina corporation that is the owner and operator of the website located at www.uphold.com, and I am over 18 years of age, of sound mind and otherwise competent to make this Affidavit. The evidence set out in the foregoing Affidavit is based upon my personal knowledge.

2.     I submit this Affidavit in support of the complaint filed by the Plaintiff identified above in Civil Action No. 1:20-cv-00771 in the United States District Court for the District of New Hampshire.

3. Uphold has conducted a thorough search of its records and has found no record of any request by the Defendants in the above-named action to produce information relating to the Plaintiff.

4. Uphold has conducted a thorough search of its records and has found no record of any information relating to the Plaintiff having been directly disclosed to the Defendants.

Mark G. Anderson
Secretary and Head of Legal & Regulatory Affairs
Uphold HQ Inc.

Sworn to before me this 20th of July, 2020:

Notary Public

PAUL FAY
Notary Public, State of New York
No. 01FA6126912
Qualified in Westchester County
Commission Expires May 16, 20__