IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| JAMES HARPER | : | |
| | : | CIVIL ACTION NO.: 1-20-cv-00771 |
| | : | |
| Plaintiff, | : | COMPLAINT |
| | : | |
| v. | : | JURY TRIAL DEMANDED |
| | : | |
| CHARLES P. RETTIG, | : | |
| IN HIS OFFICIAL CAPACITY AS | : | |
| COMMISSIONER | : | |
| INTERNAL REVENUE SERVICE, | : | |
| | : | |
| & | : | |
| | : | |
| INTERNAL REVENUE SERVICE, | : | |
| | : | |
| & | : | |
| | : | |
| JOHN DOE IRS AGENTS 1-10, | : | |
| | : | |
| | : | |
| Defendants. | : | |

**<u>NOTICE OF FILING AMENDED COMPLAINT UNDER FED. R. CIV. P. 15(a)(1)(A)</u>**

Plaintiff hereby gives notice of filing an Amended Complaint under Fed. R. Civ. P. 15(a)(1)(A) "as a matter of course within … 21 days after servi[ce]" of the Complaint (ECF No. 1). Under Rule 15(a)(1), it is not necessary for the Plaintiff to secure opposing party's written consent or the Court's leave to file an amended complaint once as a matter of course. The District of New Hampshire Local Rule 15.1 also does not require the Plaintiff to file a motion for leave to file an amended complaint pursuant to Fed. R. Civ. P. 15(a)(1)(A).

Plaintiff filed the Complaint (ECF No. 1) on July 15, 2020. This notice, the accompanying Amended Complaint, and exhibits attached thereto, are filed and served within 21 days of serving the original Complaint. Plaintiff has filed no other amended complaint in this

case. The Defendants have not filed any responsive pleading or a motion to dismiss to render Fed. R. Civ. P. 15(a)(1)(A) inapposite in this case.

The Amended Complaint complies with Local Rule 15.1(b) because it "reproduce[s] the entire filing as amended and [does] not incorporate any prior filing by reference."

August 5, 2020

                              Respectfully submitted.

**Jared Bedrick**
Douglas, Leonard & Garvey, P.C.
14 South Street
Concord, NH 03301
N.H. Bar No. 20438
(603)224-1988
jbedrick@nhlawoffice.com

**Caleb Kruckenberg***
Litigation Counsel
**Aditya Dynar***
Litigation Counsel
New Civil Liberties Alliance
1225 19th St. NW, Suite 450
Washington, DC 20036
(202) 869-5230
caleb.kruckenberg@ncla.legal
adi.dynar@ncla.legal
*Applications for Admission *Pro Hac Vice* to be filed