# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

_____

JAMES HARPER,                \*
          Plaintiff,        \*
                              \*
v.                             \*
                              \*        Case No. 1:20-cv-771
INTERNAL REVENUE SERVICE,  \*
          Defendant.    \*
_____ \*

## AFFIDAVIT IN SUPPORT OF
## CALEB KRUCKENBERG'S ADMISSION PRO HAC VICE

In accordance with Local Rule 83.2(b) state as follows:

(A) I am an attorney practicing with:

NEW CIVIL LIBERTIES ALLIANCE
1225 19th Street NW, Suite 450
Washington, DC 20036
(202) 869-5217

(B) I was admitted to practice law in the following courts in the following years:

      State of New York 2011
      United States District Court for the District of New Mexico 2014
      Tenth Circuit Court of Appeals 2014
      Commonwealth of Pennsylvania 2016
      United States District Court for the Eastern District of Pennsylvania 2016
      Third Circuit Court of Appeals 2016
      United States District Court for the Northern District of New York 2018
      District of Columbia 2020
      Second Circuit Court of Appeals 2020

(C) I am an attorney in good standing and eligible to practice in these courts.

(D) I am not currently suspended or disbarred in any jurisdiction.

(E) I have not been denied admission to practice before any court, I have no previously imposed or pending disciplinary matters, nor have I been convicted of any felony or misdemeanor crimes.

(F) I have not been denied *pro hac vice* status in any court, nor has any been rescinded.

Respectfully submitted,

Dated: 8/14/2020

**\*/s/ Caleb Kruckenberg**
NEW CIVIL LIBERTIES ALLIANCE
1225 19th Street NW, Suite 450
Washington, DC 20036
(202) 869-5217
caleb.kruckenberg@ncla.legal

On August 14, 2020, the above-named Caleb Kruckenberg appeared before me, Sean J. Murphy, and gave his oath that the foregoing information is true and accurate to the best of his knowledge and belief, under the pains and penalties of perjury.

**\*/s/ Sean J Murphy**
Notary / Justice of the Peace
My commission expires: 5/31/24

\*In accordance with Local Rule 2.7(c), there is a corresponding paper document that bears an original signature.