# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| JAMES HARPER, | * |
|     Plaintiff, | * |
| | * |
| v. | * |
| | *    Case No. 1:20-cv-771 |
| INTERNAL REVENUE SERVICE, | * |
|     Defendant. | * |
| | * |

**AFFIDAVIT IN SUPPORT OF**
**ADITYA DYNAR'S ADMISSION PRO HAC VICE**

In accordance with Local Rule 83.2(b) state as follows:

(A) I am an attorney practicing with:

>NEW CIVIL LIBERTIES ALLIANCE
>1225 19th Street NW, Suite 450
>Washington, DC 20036
>(202) 869-5217

(B) I was admitted to practice law in the following courts in the following years:

>Arizona Supreme Court, October 2014
>U.S. District Court for the District of Arizona, December 2014
>U.S. Court of Appeals for the D.C. Circuit, December 2014
>U.S. Court of Appeals for the Federal Circuit, July 2020
>U.S. Court of Appeals for the Fourth Circuit, October 2016
>U.S. Court of Appeals for the Ninth Circuit, October 2015
>Supreme Court of the United States, November 2017

(C) I am an attorney in good standing and eligible to practice in these courts.

(D) I am not currently suspended or disbarred in any jurisdiction.

(E) I have not been denied admission to practice before any court, I have no previously imposed or pending disciplinary matters, nor have I been convicted of any felony or misdemeanor crimes.

(F) I have not been denied *pro hac vice* status in any court, nor has any been rescinded.

Respectfully submitted,

Dated: 8/14/2020  \*/s/ **Aditya Dynar**
NEW CIVIL LIBERTIES ALLIANCE
1225 19th Street NW, Suite 450
Washington, DC 20036
(202) 869-5217
adi.dynar@ncla.legal

On August 14, 2020, the above-named Aditya Dynar appeared before me, Sean J Murphy, and gave his oath that the foregoing information is true and accurate to the best of his knowledge and belief, under the pains and penalties of perjury.

\*/s/ **Sean J Murphy**
Notary / Justice of the Peace
My commission expires: 5/31/24

\*In accordance with Local Rule 2.7(c), there is a corresponding paper document that bears an original signature.