# AFFIDAVIT OF SERVICE

| Case: 1:20-cv-771-JD | Court: United States District Court for the Distric of New Hampshire | County: | Job: 4757877 |
|---|---|---|---|
| **Plaintiff / Petitioner:** James Harper | | **Defendant / Respondent:** Charles P. Rettig, in his official capacity as Commissioner of the Internal Revenue Service, et al. | |
| **Received by:** CPI - Columbia Process and Investigative Services LLC | | **For:** New Civil Liberties Alliance | |
| **To be served upon:** Charles P. Rettig, Commissioner, Internal Revenue Service | | | |

I, Marquis Harris, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Charles P. Rettig, Commissioner, Internal Revenue Service, 1111 Constitution Avenue NW, Washington, D.C. 20224

**Manner of Service:**

**Documents:** Summons, Important Notice, Affidavit of Mark G. Anderson, Notice of Filing Amended Complaint, First Amended Complaint, Exhibits

**Additional Comments:**
On August 06, 2020 at 3:24 PM, I served the Recipient, Charles P. Rettig, Commissioner, Internal Revenue Service, the referenced documents at the referenced address via Certified Mail with a Return Receipt, due to the COVID-19 restrictions. According to the United States Postal Service, the referenced documents were delivered On August 10, 2020 at 7:30 AM. See Attached.

I do solemnly declare and affirm under the penalty of perjury that the contents of the foregoing paper are true to the best of my knowledge, information, and belief.

_____   8-13-2020
Marquis Harris                Date

CPI - Columbia Process and Investigative Services LLC
5406 Connecticut Avenue, N.W. Suite 108
Washington, DC 20015