```
                     UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW HAMPSHIRE
```

James Harper

    v.

                                            Case No. 20-cv-771-JD

Internal Revenue Service,
Commissioner, et al.


JUDGMENT


In accordance with the Order by District Judge Joseph A. DiClerico, Jr., dated March 23, 2021, judgment is hereby entered.

                                                  By the Court:

                                                  /s/ Daniel J. Lynch
                                                  Daniel J. Lynch
                                                  Clerk of Court


Date: March 23, 2021

cc:   Counsel of Record